UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

    Plaintiffs,

v.

INSURANCE RECOVERY SPECIALISTS, 
INC., a Florida corporation; and THERESA
BOGLIOLI, an individual resident of the State
of Florida,

    Defendants.

_____/

CASE NO.:

## 00-6048

## NOTICE OF PENDENCY OF OTHER ACTIONS

The Plaintiff, TRACY HIEMSTRA, by and through her undersigned Counsel and pursuant to Local Rule 3.9 (D) of the Local Rules of the United States District Court for the Southern District of Florida, hereby files this her Notice of Pendency of Other Actions, and as such would state that a similar action, the style of which is set forth below is currently pending before The Honorable Alan S. Gold:

1.    MICHAEL RANKINE vs. INSURANCE RECOVERY SPECIALISTS, INC., Florida Corporation; and THERESA BOGLIOLI,
    CASE NO.: 99-6660-CIV-GOLD
    MAGISTRATE JUDGE: SIMONTON

    This action was brought pursuant to 29 U.S.C. § 201 et seq.; 29 U.S.C. § 216(b); 28 U.S.C. § 1337; and 29 U.S.C. § 216(b).

Dated this _____ day of January, 2000.

LAW OFFICES OF SCOTT S. LEVINE, P.A.
Counsel for Plaintiff
1152 North University Drive
Suite 305
Pembroke Pines, Florida 33024
Tel: (95 4) 441-1910
Fax: (954) 441-9402

By: _____
SCOTT S. LEVINE, ESQ.
Florida Bar No. 876682

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Pendency of Other Actions was served along with the Complaint this __ day of January, 2000 upon Defendant, by serving: Robert Moraitis, Registered Agent, 1031 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316.

_____
SCOTT S. LEVINE, ESQ.