UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

CASE NO.: 00-6048

    Plaintiffs,

v.

**MOTION FOR APPOINTMENT
OF PROCESS SERVER**

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation; and THERESA
BOGLIOLI, an individual resident of the State
of Florida,

MAGISTRATE JUDGE
SNOW

    Defendants.
_____/

Pursuant to Federal Rules of Civil Procedure 4, as amended, the undersigned moves the Court to appoint **ROBERT FISHER, CERTIFIED PROCESS SERVER**, to serve process in this action and avers that the person to be appointed is not less than eighteen (18) years of age and is not a party to this action.

LAW OFFICES OF SCOTT S. LEVINE, P.A.
Counsel for Plaintiff
1152 North University Drive
Suite 305
Pembroke Pines, Florida 33024
Tel: (95 4) 441-1910

By: _____
    SCOTT S. LEVINE, ESQ.
    Florida Bar No. 876682

---

## ORDER

In accordance with Federal Rule of Civil Procedure 4 and Florida Rules of Court 1.070 (b), and pursuant to Miscellaneous Order 82-2 of the Southern District of Florida, the above-named is hereby appointed to serve process in this action and shall file an affidavit of service with the Clerk of this Court pursuant to Federal Rule of Civil Procedure 4 (1).

CLARENCE MADDOX
~~CARLOS JUENKE~~, CLERK/COURT ADMINISTRATOR

BY: _____     1/11/00
    DEPUTY CLERK                           DATE