UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6048

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

    Plaintiffs,

v.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation; and THERESA
BOGLIOLI, an individual resident of the State
of Florida,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

TO: (Name and Address of Defendant):  **THERESA BOGLIOLI**
4491 South State Road 7
Suite 308
Fort Lauderdale, Florida

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

SCOTT S. LEVINE, ESQ.
1152 North University Drive
Suite 305
Pembroke Pines, Florida 33024

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

_Clarence Maddox_          1/11/00
CLERK                             DATE

BY: _____
    DEPUTY CLERK