UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

    Plaintiffs,

v.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation; and THERESA
BOGLIOLI, an individual resident of the State
of Florida,

    Defendants.
_____/

CASE NO.:

**00-6048**

**SUMMONS IN A CIVIL CASE**

MAGISTRATE JUDGE
SNOW

TO: (Name and Address of Defendant):   **INSURANCE RECOVERY SPECIALISTS, INC.**

**BY SERVING**:   Robert Moraitis, Registered Agent
1031 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

SCOTT S. LEVINE, ESQ.
1152 North University Drive
Suite 305
Pembroke Pines, Florida 33024

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**
_____
CLERK

BY: _____
DEPUTY CLERK

1/11/00
_____
DATE