UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of
herself and all others similarly
situated,

    Plaintiffs,

v.

INSURANCE RECOVERY
SPECIALISTS, INC., a Florida
corporation; and THERESA
BOGLIOLI, an individual
resident of the State of
Florida,

    Defendants.
_____/

CASE NO. 00-6048-CIV
JUDGE: FERGUSON
MAGISTRATE JUDGE : SNOW



## DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME

DEFENDANTS, INSURANCE RECOVERY SPECIALISTS, INC., and TERESA BOGLIOLI, hereby move for an agreed upon (20) twenty day enlargement of time, through February 22, 2000, in which to respond to Plaintiff's Complaint, and in support thereof states:

1.  The Complaint was served on Defendants on January 13, 2000, and the response is due February 2, 2000.

2.  Counsel for Defendants is scheduled for surgery on January 28, 2000, and may be out of the office for two or three weeks, depending on the outcome of the surgery. Due to the surgery, additional time is needed by counsel to properly respond to the Complaint.

3.  Plaintiff's counsel has no objection to this extension of time.



**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an Order granting an enlargement of time through February 22, 2000 in which to respond to the complaint.

Respectfully submitted,

**BARRANCO, KIRCHER, VOGELSANG & BOLDT, P.A.**
Counsel for Defendants
1400 Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 371-8575
Fax : (305) 371-7021

BY: _____
LAURIE MACK SCHAEFER
FBN: 0023655

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ____ day of _____, 2000, a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to Scott Levine, Esq. at 1152 North University Drive, Suite 305, Pembroke Pines, Florida 33024.

_____
LAURIE MACK SCHAEFER
FBN: 0023655