UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of
herself and all others similarly
situated,

              Plaintiffs,

v.

INSURANCE RECOVERY
SPECIALISTS, INC., a Florida
corporation; and THERESA
BOGLIOLI, an individual
resident of the State of
Florida,

              Defendants.
_____/

CASE NO. 00-6048-CIV
JUDGE: FERGUSON
MAGISTRATE JUDGE : SNOW

## DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME

DEFENDANTS, INSURANCE RECOVERY SPECIALISTS, INC., and TERESA BOGLIOLI, hereby move for an agreed upon (10) ten day enlargement of time, through March 3, 2000, in which to respond to Plaintiff's Complaint, and in support thereof states:

1. The Complaint was served on Defendants on January 13, 2000, and the response is due by extension on February 22, 2000.

2. Counsel for Defendants had surgery on January 28, 2000. Counsel is recovering from surgery and has two trials scheduled in early March. Due to the recovery and pressing matters associated with the two trials, a short extension is needed by counsel to properly respond to the complaint.

3. Plaintiff's counsel has no objection to this brief extension of time.

**WHEREFORE,** Defendants respectfully request that this Honorable Court enter an Order

granting an enlargement of time through March 3, 2000 in which to respond to the complaint.

Respectfully submitted,

**BARRANCO, KIRCHER, VOGELSANG & BOLDT, P.A.**
Counsel for Defendants
1400 Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 371-8575
Fax : (305) 371-7021

BY: _____
LAURIE MACK SCHAEFER
FBN: 0023655

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 22nd day of February, 2000, a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to Scott Levine, Esq. at 1152 North University Drive, Suite 305, Pembroke Pines, Florida 33024.

_____
LAURIE MACK SCHAEFER
FBN: 0023655