UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL DIVISION

CASE NO.: 00-6048-CIV-FERGUSON

MAGISTRATE JUDGE SNOW

TRACY HIEMSTRA, on behalf
of herself all others similarly situated,

    Plaintiffs,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation; and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

    Defendants.
_____/



### PLAINTIFF'S AGREED MOTION TO RESET STATUS CONFERENCE

COMES NOW, the Plaintiff by and through her undersigned attorney, and hereby files this motion to reset the Status Conference Scheduled for Monday April 3, 2000 at 3:45 p.m., and in support thereof would state:

1. Counsel for the Plaintiff is ill and may be unable to attend the hearing.

2. Counsel for the Defendant has no objection to the above status conference being rescheduled.

**WHEREFORE**, the Parties respectfully requests this Honorable Court enter an Order granting Plaintiff's motion and resetting Status Conference scheduled for today.

Respectfully submitted this __3__ day of __April__, 2000.

Respectfully Submitted,

SCOTT S. LEVINE, P.A.
Attorney for Plaintiff
1152 North University Drive
Suit 305
Pembroke Pines, Florida 33024\
Telephone: (954) 441-1910
Fax: (954) 441-9402

SCOTT S. LEVINE, ESQ.
Florida Bar No. 876682

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true an correct copy of the forgoing was mailed/faxed to Laurie Mack-Schaefer, Esq., Barbasco, Corker & Vogelslang, P.A. 150 West Flagler Street, Suite 1400 Miami, Florida 33130, on this the ___3___ day of April, 2000.

SCOTT S. LEVINE, ESQ.
Florida Bar No. 876682