UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL DIVISION

CASE NO.: 00-6048-CIV-FERGUSON

MAGISTRATE JUDGE SNOW

TRACY HIEMSTRA, on behalf
of herself all others similarly situated,

    Plaintiffs,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation; and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

    Defendants.
_____/

### ORDER ON THE PLAITIFF'S MOTION TO RESET STATUS CONFERENCE

**THIS CAUSE** came before the Court upon the parties joint Motion to Reset the Status Conference set for April 3, 2000 at 3:45 p.m, and the Court having reviewed the Motion and the file and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the Plaintiff's Motion to Reset the Status Conference is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers, in Miami, Dade County, Florida this 5th day of April, 2000.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:
Laurie Mack-Schaefer, Esq.
Scott S. Levine, Esq.

