UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

INSURANCE RECOVERY SPECIALIST, INC., a Florida corporation and THERESA BOGLIOLI, an individual resident of the State of Florida,

    Defendants.
_____/

Case No. 00-6048-CIV-FERGUSON



ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered related case 99-6660-CIV-GOLD, and subject to consent herein below, it is

**ORDERED** that the above-numbered case is hereby transferred to the calendar of Judge Alan S. Gold for all further proceedings.

**DATED** in Chambers at Ft. Lauderdale, Florida, this 5th day of April, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Page 2                                          UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF FLORIDA

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following number: Case No. 00-6048-CIV-GOLD thereby indicating the Judge to whom all pending pleadings should be routed to or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 10 day of April, 1999.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies provided:
Wilkie D. Ferguson, U.S. District Judge
Lucy Lara, Case Reassignment Clerk
Scott S. Levine, Esq.
A. J. Barranco, Esq.