UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 99-6660-CIV-GOLD/SIMONTON

MICHAEL RANKINE, on behalf of
himself and all others similarly situated,

    Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation, and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

    Defendants.
_____/



CASE NO: 00-6048-CIV-GOLD/SIMONTON

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation, and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the court *sua sponte*. A review of the two above-referenced cases indicates that the causes of action and defendants are identical in all material respects, and that



consolidation of the cases may therefore be appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** that within ten (10) days of the date of this Order the parties shall file memoranda with the court showing cause as to why these cases should not be consolidated for all purposes and the later-numbered case closed.

DONE and ORDERED in Chambers at Miami, Florida, this __11__ day of April, 2000.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to:

U.S. Magistrate Judge Andrea M. Simonton

A.J. Barranco, Jr., Esq.
Barranco, Kircher & Vogelsang, P.A.
150 W. Flagler St.
Museum Twr, Ste. 1400
Miami, FL 33130

Scott S. Levine, P.A.
1152 North University Dr., Ste. 305
Pembroke Pines, FL 33024

Donald J. Jaret, P.A.
4343 W. Flagler St., Ste. 350
Miami, FL 33134