UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6048- CIV-GOLD/SIMONTON

TRACY HIEMSTRA,

        Plaintiff,

vs.

INSURANCE RECOVERY
SPECIALISTS, INC.,

        Defendant.
_____/



FILED by _____ D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF MAGISTRATE JUDGE REASSIGNMENT

In accordance with Administrative Order No.99-27, the undersigned has reviewed the file in the above-styled case and has determined that the case should be reassigned to **United States Magistrate Judge Andrea Simonton**. Therefore, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court shall make such reassignment. It is further

ORDERED AND ADJUDGED that all orders of reference entered in the above-styled case remain in full force and effect except that hereafter **Magistrate Judge Andrea Simonton** shall be responsible for acting pursuant to such orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of April, 2000.

                                            ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE

copies furnished to:
*U.S. Magistrate Judge Andrea Simonton*
*U.S. Magistrate Judge Lurana Snow*
**Scott Levine, Esq.**
1152 N. University Drive
Pembroke Pines, FL 33024
**Beth Vogelsang, Esq.**
150 W. Flagler Street
Suite 1400
Miami, FL 33130
**Laurie Mack, Esq.**
777 S. Harbor Island Drive
P.O. Box 3239
Tampa, FL 33601-3239