

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 99-6660-CIV-GOLD/SIMONTON

MICHAEL RANKINE, on behalf of
himself and all others similarly situated,

        Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation, and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

        Defendants.
_____/



CASE NO: 00-6048-CIV-GOLD/SIMONTON

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

        Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation, and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

        Defendants.
_____/

## ORDER REQUESTING MEMORANDUM FROM PLAINTIFFS

THIS CAUSE is before the court *sua sponte*. On April 11, 2000, the court requested that the parties file memoranda showing cause as to why these cases should not be consolidated for all

purposes and the later-numbered case closed. Plaintiffs did not respond to the court's Order. Accordingly, it is

**ORDERED AND ADJUDGED** that within ten (10) days of the date of this Order plaintiffs shall file a memorandum stating their position on consolidation and responding to Defendant's April 20, 2000 Memorandum in Opposition to Consolidation. Defendant may reply to plaintiffs' memorandum within 5 days of the date of its filing.

DONE and ORDERED in Chambers at Miami, Florida, this ___ day of April, 2000.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to:

U.S. Magistrate Judge Andrea M. Simonton

A.J. Barranco, Jr., Esq.
Barranco, Kircher & Vogelsang, P.A.
150 W. Flagler St.
Museum Twr, Ste. 1400
Miami, FL 33130

Scott S. Levine, P.A.
1152 North University Dr., Ste. 305
Pembroke Pines, FL 33024

Donald J. Jaret, P.A.
4343 W. Flagler St., Ste. 350
Miami, FL 33134