UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 99-6660-CIV-GOLD/SIMONTON



MICHAEL RANKINE, on behalf of
himself and all others similarly situated,

    Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation, and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

    Defendants.
_____/

**CLOSED CIVIL CASE**

CASE NO: 00-6048-CIV-GOLD/SIMONTON

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC., a Florida corporation, and THERESA
BOGLIOLI, an individual resident of the
State of Florida,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### ORDER CLOSING CASE; NOTIFYING PARTIES OF COURT PRACTICE
### UPON NOTICE OF SETTLEMENT

    THIS CAUSE came before the Court upon the parties' notification to the Court that both



of the above-captioned cases have settled.

**THE PARTIES** are notified that they must file on or before <u>15 days</u> a Stipulation of Dismissal, a Final Judgment or any other pertinent document necessary to conclude this action. Non-compliance may result in a dismissal or a judgment in the action without further notice. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction over this matter for a period of sixty (60) days to enforce the settlement, if necessary. It is further

**ORDERED AND ADJUDGED** that all pending motions are DENIED AS MOOT and all Orders to Show Cause are VACATED. It is further

**ORDERED AND ADJUDGED** that case no. 99-6660-CIV-GOLD and case no. 00-6048-CIV-GOLD are CLOSED.

DONE and ORDERED in Chambers at Miami, Florida, this 3 day of May, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to:

U.S. Magistrate Judge Andrea M. Simonton

A.J. Barranco, Jr., Esq.
Barranco, Kircher & Vogelsang, P.A.
150 W. Flagler St.
Museum Twr, Ste. 1400
Miami, FL 33130

Scott S. Levine, P.A.
1152 North University Dr., Ste. 305
Pembroke Pines, FL 33024

Donald J. Jaret, P.A.
4343 W. Flagler St., Ste. 350
Miami, FL 33134