GRANTED, and that the name of John Asmar shall be dropped from the style of this case.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of May, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

U.S. Magistrate Judge Andrea Simonton

Paul A. Capua, Esq.
Lorenzo & Capua
28 West Flagler Street
11th Floor
Miami, Florida 33130-2731

James C. Crosland, Esq.
Denise Marie Heekin, Esq.
Muller, Mintz, Kornreich, et al.
200 South Biscayne Boulevard
Suite 3600
First Union Financial Center
Miami, Florida 33131-2338