CASE NO: 00-6048-CIV-GOLD/SIMONTON
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRACY HIEMSTRA, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

INSURANCE RECOVERY SPECIALISTS,
INC. and THERESA BOGLIOLI,

    Defendants.
_____/

**CLOSED CIVIL CASE**

FILED by ___ D.C.
JUL 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by and between the respective parties and their undersigned attorneys, that the above cause be dismissed with prejudice to the Plaintiffs herein, and that each party shall bear its own costs and attorney's fees by it heretofore and herein incurred.

DATED this __17__ day of __June__, 2000.

Scott Levine, Esquire
1152 North University Drive
Suite 305
Pembroke Pines, Florida 33024

_____
Scott Levine, Esquire
Florida Bar No.: 876682

Beth T. Vogelsang, Esquire
BARRANCO, KIRCHER, VOGELSANG
& BOLDT, P.A.
150 West Flagler Street
Museum Tower, Suite 1400
Miami, Florida 33130

_____
Beth T. Vogelsang
Florida Bar No.: 509401

Stip.Order.wpd





CASE NO. 99-6660-CIV-GOLD/SIMONTON

## ORDER OF DISMISSAL

THIS CAUSE coming on to be heard upon the above foregoing Stipulation, and the Court having been otherwise advised in the premises thereof, it is thereupon CONSIDERED, ORDERED AND ADJUDGED that the above and foregoing cause be and the same is hereby dismissed with prejudice to the Plaintiffs herein, and that each party shall bear its own costs by it heretofore and herein incurred.

DONE AND ORDERED at this 6 day of July, 2000.

United States District Judge

Copies furnished to:
Beth T. Vogelsang, Esq.
Scott Levine, Esq.
Donald J. Jaret, Esq.